RECEIVED

DEC - 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA GOODMAN | * | CIVIL ACTION NO. 6:10-0270 |
| VERSUS | * | JUDGE DOHERTY |
| JAY ALLEN CAPTERVILLE, ET AL.* | | MAGISTRATE JUDGE HILL |

## PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Strike [rec. doc. 7] is **GRANTED in part and DENIED in part**, and accordingly, plaintiff's claims for punitive damages asserted under Louisiana state law, and plaintiff's claims for punitive damages under federal law against the City of Abbeville, and Chief Coleman, Officer Capterville and Officer Picard, in their official capacities, are **Stricken**, and plaintiff's claims for punitive damages under federal law against Chief Coleman and Officers Capterville and Picard, in their individual capacities, shall remain pending.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___2___ day of ___December___, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE